JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARIO ANTONIO POZO-
DRANGUET,

                    Petitioner,

          v.

DAVID MARIN, et al.,

                    Respondents.

CASE NO. 5:26-cv-00146-RGK-SK

**JUDGMENT**

          Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

DATED: 5/4/2026

R. GARY KLAUSNER
United States District Judge